IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. LIONEL S. LAWRENCE, SR., | : | Civil Action No. 4:15-CV-1657 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| VINCENT MOONEY, *et. al.,* | : | |
| | : | (Magistrate Judge Schwab) |
| | : | |
| Defendants. | : | |

**ORDER**

August 2, 2016

On May 31, 2016, Magistrate Judge Susan E. Schwab, to whom this matter is jointly assigned, issued a report and recommendation, ECF No. 33, recommending dismissal. The Plaintiff subsequently filed an incomprehensible and rambling document that I will loosely construe as objections to the report and recommendation. ECF No. 34. The Court adopts the report and recommendation in full without further comment.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.    United States Magistrate Judge Susan E. Schwab's Report and
      Recommendation is ADOPTED in full. May 31, 2016, ECF No. 33.

2.    Plaintiff's complaint is DISMISSED. August 10, 2015, ECF. No. 1.

3.     The clerk is directed to close the case file.


BY THE COURT:



 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge